# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

BRYAN KEITH TEW                                                            PLAINTIFF

v.                                            CIVIL ACTION NO. 3:11CV-241-C

FEDERAL BUREAU OF INVESTIGATION *et al.*            DEFENDANTS

## MEMORANDUM OPINION

By order entered May 23, 2011, the court denied the plaintiff's application to proceed without prepayment of fees and directed payment of the $350 filing fee within 30 days. The court warned the plaintiff that failure to pay the filing fee within the time allowed would result in dismissal of the action for failure to prosecute.

The 30 days in which to comply have passed, and the court's records reveal that the plaintiff has failed to pay the filing fee. Federal Rule of Civil Procedure 41(b) permits the Court to dismiss the action "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order." Accordingly, by separate order, the court will dismiss the action under Rule 41(b).

The clerk of court is **DIRECTED** to serve a copy of this memorandum opinion and the accompanying order on the plaintiff.

Signed on July 18, 2011

                                                                          Jennifer B. Coffman, Judge
                                                                          United States District Court